**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Craig McLeod, :<br>:<br>          Plaintiff, :<br>     v. :<br>:<br>Valentine & Kabartas, :<br>:<br>          Defendant. : | Civil Action No.:  09-cv-00901-SRU |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(A)(i)**

  Plaintiff, Craig McLeod, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(A)(i).

Dated: November 9, 2009

                    Respectfully submitted,

                    By: /s/ Sergei Lemberg

                    Sergei Lemberg
                    Lemberg & Associates L.L.C.
                    1100 Summer Street, 3rd Floor
                    Stamford, CT 06905
                    Telephone: (203) 653-2250
                    Facsimile:  (877) 795-3666
                    Attorneys for Plaintiffs